**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1135**

———————————

LESLIE WRIGHT,

                                        Plaintiff - Appellant,

        versus

NORTH CAROLINA STATE UNIVERSITY, Facilities
Operations,

                                        Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. W. Earl Britt, Senior District
Judge.  (CA-98-644-5-BR)

———————————

Submitted:  June 27, 2000          Decided:  July 19, 2000

———————————

Before WILKINS and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Leslie Wright, Appellant Pro Se.  Thomas Oregon Lawton, III, Asso-
ciate Attorney General, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leslie Wright appeals the district court's order granting the Defendant's motion for summary judgment in her disability discrimination in employment action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Wright v. North Carolina State Univ., No. CA-98-644-5-BR (E.D.N.C. Jan. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED